```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

**REGINALD A. MORGAN,**            )
                                    )
        Plaintiff,        )
                                    )
    vs.                             )       No. 4:06CV727-DJS
                                    )
**MISSOURI DEPARTMENT OF MENTAL**   )
**HEALTH, DR. DORN SCHUFFMAN,**     )
**DR. KEITH SCHAFER, LAURENT JAVOIS,** )
**and JOHNNY FORD, in their official** )
**capacities,**                     )
                                    )
        Defendants.      )

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that summary judgment is entered in favor of defendants and against plaintiff on all claims asserted in plaintiff's second amended complaint.

Dated this  15th  day of October, 2007.

                                      /s/ Donald J. Stohr
                                      UNITED STATES DISTRICT JUDGE